THE TRAVELERS INSURANCE COMPANY, Appellant, v. ALWIN G. STIEGLITZ, Respondent.— In an action brought pursuant to the provisions of section 29 of the Workmen's Compensation Law to recover the sum of $1,300, paid by plaintiff, an insurance carrier, pursuant to awards of the State Industrial Board made under and pursuant to subdivisions 8 and 9 of section 15 and section 25-a of the Workmen's Compensation Law, an order was entered denying plaintiff's motion to strike out defendant's answer and for judgment in favor of plaintiff, made pursuant to rule 104 of the Rules of Civil Practice, and containing another decretal provision. From so much of the order as denied its motion plaintiff appeals. Order, in so far as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur.

GRACE I. WESTFALL, Respondent, v. TITLE GUARANTEE AND TRUST COMPANY, Appellant.— In an action in rescission, based on fraud and misrepresentation, to recover the purchase price of a participating mortgage certificate, the underlying security for which was vacant land in Queens county covered by the certificated mortgage, the plaintiff recovered a judgment which was entered upon the verdict of a jury. From that judgment defendant appeals. Judgment reversed on the facts and a new trial granted, with costs to the appellant to abide the event, upon the ground that the determination of the jury is against the weight of the evidence. In our opinion the evidence upon the trial eventuating in the judgment appealed from is not substantially different from that upon the former trial. (*Vide Westfall* v. *Title Guarantee & Trust Co.*, 255 App. Div. 1000.) Although questions of fact are presented by the evidence, it appears overwhelmingly therefrom that the allegations of the complaint were not sustained by proof upon the trial. A new trial is required in the interests of justice. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

## FOURTH DEPARTMENT, DECEMBER, 1939.
### (December 1, 1939.)

AMBROSE J. MCNAMARA, Appellant, v. HERBERT S. POWELL and POWELL MUFFLER CO., INC., as Successor to POWELL MUFFLER CO., Respondents.— Motion granted so far as to enlarge the time to file the accounting hereinbefore provided so as to include the 1st day of February, 1940, upon the following terms: That the defendants pay to plaintiff the sum of fifty dollars for expenses in relation to this motion, and further that defendants pay to plaintiff from this day forth the sum of sixty dollars per week, to be finally credited upon the judgment, if any, obtained by the plaintiff. Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ. [See *ante*, p. 848.]